OPINIONS PER CURIAM, ETC., FROM DECEMBER 13, 1904, TO FEBRUARY 20, 1905.

No. 106. SAMUEL A. V. HARTWELL, APPELLANT, *v.* JOHN H. HAVIGHORST. Appeal from the Supreme Court of the Territory of Oklahoma. Argued December 15, 1904. Decided December 19, 1904. *Per Curiam.* Decree affirmed with costs. *Johnson* v. *Towsley,* 13 Wall. 72; *Marquez* v. *Frisbie,* 101 U. S. 473; *Quinby* v. *Conlan,* 104 U. S. 420; *Gardner* v. *Bonestell,* 180 U. S. 362; *Potter* v. *Hall,* 189 U. S. 292; *Payne* v. *Robertson,* 169 U. S. 323. Case reported below 11 Oklahoma, 189, and see *Paine* v. *Foster,* 9 Oklahoma, 213, 257; *Acers* v. *Snyder,* 8 Oklahoma, 659. *Mr. William C. Prentiss* for appellant. *Mr. A. G. C. Bierer* for appellee.

No. —, ORIGINAL. *Ex parte:* IN THE MATTER OF EDWARD E. BESSETTE, PETITIONER. Submitted December 19, 1904. Decided January 3, 1905. Motion for leave to file petition for a writ of mandamus denied. *Mr. William Velpau Rooker* for petitioner.